Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.: 24−10143−CMG
                      Chapter: 13
                      Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Primitivo Santana
   1307 Greenwood Avenue
   Trenton, NJ 08609

Social Security No.:
   xxx−xx−7560

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 18, 2024.

Dated: April 18, 2024
JAN: dmi

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 24-10143-CMG

Primitivo Santana                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                                                Page 1 of 2

Date Rcvd: Apr 18, 2024                  Form ID: plncf13                                Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Primitivo Santana, 1307 Greenwood Avenue, Trenton, NJ 08609-2207 |
| 520224092 | + | Trenton Water Works, City of Trenton, 319 East State St., Rm. 113, Trenton, NJ 08608-1809 |
| 520129044 | | Trenton Water Works, 333 Cortland Street, PO Box 528, Trenton, NJ 08604-0528 |
| 520129045 | | Trenton Water Works, PO Box 70226, Philadelphia, PA 19176-0226 |
| 520129047 | + | United States Attorney General, Attorney General, United States Department of Justice, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 18 2024 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 18 2024 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 18 2024 21:18:00 | PHH Mortgage Corporation, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd.,, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| lm | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 18 2024 21:17:00 | PHH Mortgage Corporation, 1 Mortgage Way, Mt. Laurel, NJ 08054-4624 |
| 520129038 | | Email/Text: rj@ffcc.com | Apr 18 2024 21:17:00 | First Federal Credit Control, Attn: Bankrupcty, 24700 Chagrin Blvd, Ste 205, Beachwood, OH 44122 |
| 520129040 | + | Email/Text: james.r.shear@hud.gov | Apr 18 2024 21:20:00 | HUD, 52 Corporate Circle, Albany, NY 12203-5166 |
| 520129039 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Apr 18 2024 21:24:47 | HUD, 451 7th Street SW, Washington, DC 20410-0002 |
| 520129041 | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 18 2024 21:17:00 | PHH Mortgage, 3000 Leadenhall Rd, Mount Laurel, NJ 08054 |
| 520129042 | | Email/Text: BKEBN-Notifications@ocwen.com | Apr 18 2024 21:17:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 520133830 | + | Email/Text: RASEBN@raslg.com | Apr 18 2024 21:18:00 | PHH Mortgage Corporation, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520168629 | | Email/Text: BKEBN-Notifications@ocwen.com | Apr 18 2024 21:17:00 | PHH Mortgage Corporation, Bankruptcy Department-P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 520129043 | + | Email/Text: RASEBN@raslg.com | Apr 18 2024 21:18:00 | RAS Cintron, LLC, 130 Clinton Road, Ste. 202, Fairfield, NJ 07004-2927 |
| 520129788 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |

| | | | |
|---|---|---|---|
| | | Apr 18 2024 21:24:47 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520129048 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | Apr 18 2024 21:24:47 | US Department of HUD, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520129046 | + Email/Text: usanj.njbankr@usdoj.gov | | |
| | | Apr 18 2024 21:19:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor PHH MORTGAGE CORPORATION ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor PHH Mortgage Corporation ajennings@raslg.com |
| Herbert B. Raymond | on behalf of Debtor Primitivo Santana herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Kenneth Borger, Jr | on behalf of Creditor PHH MORTGAGE CORPORATION kborger@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6